# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL KEITH MATHEWS, ) | |
| ) | Civil Action No. 14-24 Erie |
| Plaintiff, ) | |
| ) | Judge Nora Barry Fischer |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This action, filed pursuant to 42 U.S.C. § 1983, was referred to United States Magistrate Judge Susan Paradise Baxter for a Report and Recommendation in accordance with 28 U.S.C. § 626(b)(1) and Rule 72 of the Local Rules for Magistrate Judges. On February 3, 2015, the Magistrate Judge issued a Report and Recommendation, (Docket No. [20]), in which she recommended that this Court grant Defendants' Motion to Dismiss, or in the alternative, Motion for Summary Judgment, (Docket No. [15]). Objections were due by February 17, 2015. (*Id.*). Plaintiff did not file any. Accordingly, after *de novo* review of the filings in this case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 23rd day of February, 2015,

IT IS HEREBY ORDERED that this action is DISMISSED, or in the alternative, Summary Judgment for Defendants and against Plaintiff is GRANTED. The Report and Recommendation of Magistrate Judge Baxter, (Docket No. [20]), filed on February 3, 2015, is adopted as the Opinion of this Court. The Clerk is directed to mark the case closed.

*s/ Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf:  All counsel of record.

       Daniel Keith Mathews
       2642 California Avenue
       Pittsburgh, PA 15212
       (via regular and certified mail)